UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
<u>ALEXANDRIA</u> DIVISION

CATAPULT IP INNOVATIONS, INC.

vs.  Civil/Criminal Action No._____

MALIKIE INNOVATIONS LIMITED

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Catapult IP Innovations, Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Catapult IP Innovations Inc. is 100% owned by Catapult Partners LLC. Neither entity has issued debt or equity securities to the public.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

June 2, 2023
Date

Signature of Attorney or Litigant
Counsel for _Catapult IP Innovations, Inc._

Rev. 03/12/19