IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:23-cv-00724, Case Name Catapult IP Innovations, Inc. v. Malikie Innovations Limited

Party Represented by Applicant: Plaintiff, Catapult IP Innovations, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Steven M. Shepard
Bar Identification Number 5291232      State New York
Firm Name Susman Godfrey LLP
Firm Phone # 212-336-8330      Direct Dial # 212-729-2010      FAX # 212-336-8340
E-Mail Address sshepard@susmangodfrey.com
Office Mailing Address 1301 Avenue of the Americas, 32nd Fl., New York, NY 10019

Name(s) of federal district court(s) in which I have been admitted USDC SDNY, USDC EDNY, USDC EDMI, DC Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____      6/6/23
(Signature)                          (Date)
Alexander P. Faig                    96248
(Typed or Printed Name)              (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____      _____
(Judge's Signature)                  (Date)