UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CATAPULT IP INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MALIKIE INNOVATIONS LIMITED, <br><br> Defendant. | No. 23-cv-00724 |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Catapult IP Innovations, Inc. ("Catapult"), by and through its undersigned counsel, voluntarily dismisses this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Dated: June 14, 2023

Respectfully submitted:

By: /s/*Alexander P. Faig*

Alexander P. Faig
Virginia Bar No. 96248
Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, Virginia 22314
Email: afaig@scmoorelaw.com
Phone: 703-535-7809
Fax: 571-223-5234

Amir Alavi (*pro hac vice to be filed*)
aalavi@aatriallaw.com
Demetrios Anaipakos (*pro hac vice to be filed*)
danaipakos@aatriallaw.com
ALAVI & ANAIPAKOS PLLC
3417 Mercer Street, Suite C
Houston, Texas 77027
Telephone: (713) 751-2362

Facsimile: (713) 751-2341

Geoffrey Harrison (*pro hac vice to be filed*)
gharrison@susmangodfrey.com
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Mark Musico (*pro hac vice to be filed*)
mmusico@susmangodfrey.com
Steven Shepard (*pro hac vice to be filed*)
sshepard@susmangodfrey.com
SUSMAN GODFREY, LLP
1301 Ave of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Counsel to Plaintiff*