UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CATAPULT IP INNOVATIONS, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MALIKIE INNOVATIONS LIMITED,<br><br>　　　　　　　　　　Defendant. | No. 23-cv-00724 |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Catapult IP Innovations, Inc. ("Catapult"), by and through its undersigned counsel, voluntarily dismisses this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Dated: June 14, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　By: /s/*Alexander P. Faig*

　　　　　　　　　　　　　　　　　　　　Alexander P. Faig
　　　　　　　　　　　　　　　　　　　　Virginia Bar No. 96248
　　　　　　　　　　　　　　　　　　　　Law Office of Samuel C. Moore, PLLC
　　　　　　　　　　　　　　　　　　　　526 King St., Suite 506
　　　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　　　Email: afaig@scmoorelaw.com
　　　　　　　　　　　　　　　　　　　　Phone: 703-535-7809
　　　　　　　　　　　　　　　　　　　　Fax: 571-223-5234

　　　　　　　　　　　　　　　　　　　　Amir Alavi (*pro hac vice to be filed*)
　　　　　　　　　　　　　　　　　　　　aalavi@aatriallaw.com
　　　　　　　　　　　　　　　　　　　　Demetrios Anaipakos (*pro hac vice to be filed*)
　　　　　　　　　　　　　　　　　　　　danaipakos@aatriallaw.com
　　　　　　　　　　　　　　　　　　　　ALAVI & ANAIPAKOS PLLC
　　　　　　　　　　　　　　　　　　　　3417 Mercer Street, Suite C
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77027
　　　　　　　　　　　　　　　　　　　　Telephone: (713) 751-2362

So Ordered

/s/ *LMB*
Leonie M. Brinkema    6/14/23
United States District Judge

1

Facsimile: (713) 751-2341

Geoffrey Harrison (*pro hac vice to be filed*)
gharrison@susmangodfrey.com
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Mark Musico (*pro hac vice to be filed*)
mmusico@susmangodfrey.com
Steven Shepard (*pro hac vice to be filed*)
sshepard@susmangodfrey.com
SUSMAN GODFREY, LLP
1301 Ave of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Counsel to Plaintiff*